**Jara C. UZENDA, a/k/a Jara Uzenda Gobbi, Plaintiff–Appellant,**

v.

**Ralph STROMAN; Bank of New York; Peter D. Korn; Suntrust Mortgage Corporation, Defendants–Appellees.**

No. 01–2326.

United States Court of Appeals, Fourth Circuit.

Submitted April 18, 2002.

Decided May 10, 2002.

Jara C. Uzenda, Appellant Pro Se. Arrigo Paul Carotti, McCutcheon, McCutcheon & Baxter, P.A., Conway, South Carolina; John Sanford Kay, Columbia, South Carolina, for Appellees.

Before WILKINS, MOTZ, and KING, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Jara C. Uzenda seeks to appeal the district court's order denying relief on her 42 U.S.C.A. § 1983 (West Supp.2001) complaint. We have reviewed the record and the district court's orders and find no reversible error. Accordingly, we deny Uzenda's motion for leave to proceed in forma pauperis and dismiss the appeal on the reasoning of the district court. *See Uzenda v. Stroman,* No. CA–01–2212–4–22 (D.S.C. June 25, 2001; Oct. 23, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*